October 23, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DELLA GOINES, Appellant

NO. 14-14-00627-CV                            V.

SRMOF 2009-I TRUST, BY WELLS FARGO BANK, NATIONAL
ASSOCIATION NOT IN ITS INDIVIDUAL OR BANKING CAPACITY BUT
SOLEY AS CERTIFICATE TRUSTEE OF THE TRUST, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 23, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Della Goines.

We further order this decision certified below for observance.